# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:05cr23(3) |
| | § | (Judge Schneider/Judge Bush) |
| ANDREW DAVIS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is finally

**ORDERED** that Defendant is sentenced to a term of imprisonment for seven (7) months, with credit for time served, and no supervised release to follow.

**SIGNED this 3rd day of July, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE